

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-22-00238-CV |
| In the Interest of D.R.V., J.I.R., and J.R., | § | Appeal from the |
| Children. | § | 65th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2021DCM1164) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF MARCH, 2023.


LISA J. SOTO, Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.